445 A.2d 200

Commonwealth v. Marshman, Appellant.

Submitted October 13, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Judgment of sentence dated October 17, 1978 is affirmed.